153 A.3d 226

IN THE MATTER OF DONALD J. MELIADO, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 03568198)

January 25, 2017

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g) (4) and *Rule* 1:20–11, seeking

the immediate temporary suspension of **DONALD J. MELIADO, JR.**, of **BAYONNE**, who was admitted to the bar of this State in 1988, and good cause appearing;

It is ORDERED that **DONALD J. MELIADO, JR.**, is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DONALD J. MELIADO, JR.**, be restrained and enjoined from practicing law during the period of his suspension; and it is further

And it is ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DONALD J. MELIADO, JR.**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **DONALD J. MELIADO, JR.**, comply with *Rule* 1:20–20 dealing with suspended attorneys.